THE PEOPLE OF THE STATE OF NEW YORK ex rel. ATLANTIC REFINING Co., INC., Relator, Respondent, v. CHARLES L. FINKLE, Commissioner of Assessments and Taxation of the City of Rensselaer, New York, and Others, Constituting the Board of Tax Review of the City of Rensselaer, New York, Appellants.— Motion for reargument of motion denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

ALBERT HALSTEAD, Appellant, v. JACOB F. HOLMES and HARRY W. FINGAR, Respondents.— Stay continued on condition that the appeal be disposed of at the March, 1937, order and general calendar term, without prejudice to the right of the defendants to apply for another order to examine before trial. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.